UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REGER, individually, and as Successor in Interest to Clinton Reger, deceased; et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>MOUNTAIN LIFEFLIGHT INC.; et al.,<br><br>            Defendants. | Case No. 2:11-CV-03301 JAM-DAD<br><br><br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| KENTON BRYCE RITZ, a minor, by and through his Guardian ad Litem, BRANDY MILLER SPEIKER; et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>MOUNTAIN LIFEFLIGHT INC.; et al.,<br><br>            Defendants. | <br><br><br>Case No. 2:12-CV-00134 KJM-CKD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | The parties should be aware that relating the cases under
2 | Local Rule 123 merely has the result that these actions are
3 | assigned to the same judge; no consolidation of the actions is
4 | effected.  Under the regular practice of this court, related cases
5 | are generally assigned to the judge to whom the first filed action
6 | was assigned.
7 | IT IS THEREFORE ORDERED that the action denominated 2:12-CV-
8 | 00134-KJM-CKD be reassigned to Judge John A. Mendez and Magistrate
9 | Judge Dale A. Drozd for all further proceedings, and any dates
10 | currently set in this reassigned case <u>only</u> are hereby VACATED.
11 | Henceforth, the caption on documents filed in the reassigned cases
12 | shall be shown as 2:12-CV-00134-JAM-DAD
13 | IT IS FURTHER ORDERED that the Clerk of the Court make
14 | appropriate adjustment in the assignment of civil cases to
15 | compensate for this reassignment.
16 | IT IS SO ORDERED.
17 | Dated:    January 24, 2012

/s/ John A. Mendez___  _____
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com