ROGER A. DREYER, ESQ. / SBN: 095462
STANLEY P. FLESHMAN, ESQ. / SBN: 061133
**DREYER BABICH BUCCOLA WOOD CAMPORA**, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REGER, individually, and as Successor in Interest to Clinton Reger, deceased; KEVIN EIKLEBERRY as Guardian *Ad Litem* for EVAN REGER and MATTHEW REGER, minors,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>MOUNTAIN LIFEFLIGHT INC.; AMERICAN EUROCOPTER LLC; LYCOMING ENGINES; TEXTRON INC.; AVCO INC.; HONEYWELL INTERNATIONAL COMPANY; TURBOMECA USA; TURBOMECA ENGINE CORPORATION and DOES 1 through 80,<br><br>　　Defendants. | Case No.: 2:11-CV-03301-JAM-DAD<br><br>**JOINT STIPULATION AND MOTION TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT** |

　　Pursuant to the Order Requiring Joint Status Report filed on December 12, 2011 (Dkt. 5), the date to file the Joint Status Report appears to be February 7, 2012. The parties through their respective counsel have stipulated to an order to extend the date for filing of the Joint Status Report and request that the court so order an extension of time for filing of the Joint Status Report.

　　The parties respectfully submit that good cause exists for the extension of time to file the Joint Status Report. This matter was removed from the California Superior Court in and for the County of Sacramento. There is currently a motion to remand pending, with a hearing on

-1-
**Joint Stipulation and Motion**

PDF created with pdfFactory trial version www.pdffactory.com

1. that motion set for March 7, 2012. (Dkt. 17.) Plaintiffs anticipate filing an additional motion to remand shortly. Additionally, the court ordered this matter related to *Ritz v. Mountain Lifeflight Inc et al.*, 2:12-CV-00134-KJM-CKD. (Dkt. 21.) That action likewise was removed from the California Superior Court in and for the County of Sacramento. It is anticipated that the plaintiffs in the *Ritz* case will file a motion to remand that action as well.

During the meet and confer process on the Joint Status Report, counsel stipulated to this request to the court to continue the date for submission of the Joint Status Report to an appropriate time following determination of motions to remand to state court.  Should this action be remanded to state court, it will proceed there and the proceedings in this court will cease and the submission of a Joint Status Report will not be necessary.

Therefore the parties move the court Pursuant to Local Rules 143(a) and (b) and 144(a) and any other applicable provision of the Local Rules for an order extending the time to submit the Joint Status Report to thirty (30) days from resolution of the issue of remand to the state court or such other date as the court deems appropriate.

**IT IS HEREBY STIPULATED** by and between the parties to the above-captioned action as follows:

That a Joint Status Report shall be filed within thirty (30) days of resolution of the pending motion to remand or such other date as the court deems appropriate.

DATED: February 3, 2012         **DREYER BABICH BUCCOLA WOOD CAMPORA**, LLP


                                By:    /s/ Roger Dreyer
                                       ROGER A. DREYER
                                       Attorneys for Plaintiffs


DATED: February 3, 2012         **NIXON PEABODY, LLP**


                                By:    /s/ Paul E. Stinson
                                       PAUL E. STINSON
                                       Attorneys for Defendant,
                                       AMERICAN EUROCOPTER CORPORATION

Joint Stipulation and Motion                    -2-

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 3, 2012                         **PERKINS COIE LLP**

By:   /s/ Joshua Reiten
      JOSHUA REITEN
      Attorneys for Defendants,
      HONEYWELL INTERNATIONAL INC., TEXTRON
      INC., AVCO CORPORATION, and LYCOMING
      ENGINES

DATED: February 3, 2012                         **CODDINGTON, HICKS & DANFORTH**

By:   /s/ Randolph S. Hicks
      RANDOLPH S. HICKS
      Attorneys for Defendant,
      MOUNTAIN LIFEFLIGHT, INC.

 IT IS SO ORDERED that the time for submission of the Joint Status Report be extended to within thirty (30) days of resolution of the pending motion to remand.

Dated: February 6, 2012                         /s/ John A. Mendez
                                                U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com